IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LORNE MURPHY,<br><br>    Plaintiff,<br>vs.<br><br>ANTHONY CATALUSCI, et al.,<br><br>    Defendants. | CV 25-02-BU-BMM<br><br>ORDER |

**IT IS HEREBY ORDERED** that the Plaintiff Lorne Murphy must conventionally file any and all documents she would like filed on the docket in this case. Emailed filings will no longer be accepted.

DATED this 22nd day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1