**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| LORNE MURPHY,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF<br>INVESTIGATIONS, et al.,<br><br>    Defendant. | Cause No. CV-25-02-BU-BMM<br><br><br>**ORDER** |

Lorne Murphy ("Murphy") filed a motion for extension of time and to reopen the time to file an appeal pursuant to Fed. R. App. Pro. 4(a)(6). (Doc. 30.) The Court dismissed Murphy's case without prejudice on November 17, 2026. (Doc. 24.) The clerk entered judgment the same day. (Doc. 25.) Murphy failed to timely appeal within 30 days after the entry of judgment.

Federal Rule of Appellate Procedure 4(a)(6) allows a district court to reopen the time to file an appeal for a period of 14 days after the date of an order to reopen if: (A) the court finds that the moving party did not receive notice under Fed. R. Civ. P. 77(d) of the judgment within 21 days after entry; (B) the movant filed the motion to reopen within 180 days after judgment was entered or within 14 days

1

after receiving notice, whichever is earlier; and (C) the court determines no party would be prejudiced. A court retains discretion to grant or deny the motion to reopen. *Carthen v. Scott*, 2025 U.S. Dist. LEXIS 218214, at *3 (E.D. Cal. 2025).

Notice under Fed. R. Civ. P. 77(d) must be served in accordance with Federal Rule of Civil Procedure 5(b). Service in accordance with Fed. R. Civ. P. 5(b) includes "sending it to a registered user by filing it with the court's electronic-filing system" as one of the permissible ways of effecting service. Fed. R. Civ. P. 5(b)(2)(E). The Court has reviewed the Notice of Electronic Filing on CM/ECF for the Court's order on dismissal of Murphy's case (Doc. 24) and the entry of judgment (Doc. 25). The Notice of Electronic Filing confirm that the notice of the dismissal order and the entry of judgment were electronically served via email on "lornemurphy@proton.me" which is the email address of record for Murphy. *See Arauz v. M.A.C. Cosmetics, Inc.*, 2026 U.S. Dist. LEXIS 17047, *3-4 (E.D. Cal. Jan. 26, 2026). Contrary to Murphy's position, the Court concludes that Murphy did receive notice of the dismissal order and the entry of judgment on November 17, 2026. Murphy has failed to satisfy the first condition of Fed. R. App. P. 4(a)(6) to allow for an extension to appeal.

Accordingly, **IT IS HEREBY ORDERED** that Murphy's Motion for Extension of Time and Motion to Reopen Time to File an Appeal (Doc. 30) is **DENIED**.

DATED this 27th day of May 2026.

Brian Morris, Chief District Judge
United States District Court